## AFFIDAVIT

I, Genevieve Baushke, being duly sworn, do hereby depose and state the following:

## INTRODUCTION

1. I am a Special Agent employed by the United States Department of Justice, the Federal Bureau of Investigation (hereinafter "FBI"), and as such I am a "federal law enforcement officer" within the meaning of Fed. R. Crim. P. 41(a)(2)(C) and I have been employed as a Special Agent of the FBI since 2020. I am currently assigned to the FBI Charleston Resident Agency, Charleston, West Virginia. I am a graduate of the FBI Training Academy in Quantico, Virginia, where I received special training in controlled substance investigations, white-collar crime, cyber-crime, interviewing, interrogation, evidence collection, intelligence analysis, and legal matters, among other topics. As part of my duties with the FBI, I investigate violations of federal law, and I have been the affiant on multiple search warrants, pen register trap and trace order applications (PRTTs), and personally participated in arrests and search warrants. I specialize in violent crimes against children. Prior to joining the FBI, I was employed with the State of Michigan as a Foster Care Specialist and an investigator for Children Protective Services.

2. I make this affidavit in support of an application for a criminal complaint against CHRISTOPHER PAUL KNIGHT, age 56, charging him with a violation of 18 U.S.C. § 2252A(a)(5)(B). That statute makes it illegal for any person to knowingly possess images or videos of child pornography that have be transported using a means and facility of interstate commerce or in and affecting interstate commerce.

3. The information contained in this affidavit is based on an investigation conducted by law enforcement, including information about which I have personal knowledge and information that has been provided to me by other law enforcement officers.

4. Since this affidavit is being submitted for the limited purpose of establishing probable cause, I have attempted to summarize the most relevant facts that establish the requisite probable cause. Therefore, I have not included each and every fact of this investigation.

## Probable Cause

5. The instant investigation is based upon an ongoing law enforcement investigation into the distribution of child pornography through an Internet-based peer-to-peer network (hereinafter "Network A"). Network A allows users to anonymously share files, chat on message boards, and access websites within the network.

6. As part of this ongoing investigation, a user with IP address 73.40.122.201 was identified as requesting to download three different files containing images and/or videos of suspected child pornography. Specifically, a review of the evidence established during the investigation identified the following files having been requested by the user on the following dates:

   a. On or about February 21, 2021, the user requested a video file depicting a prepubescent female performing fellatio on an adult male.

   b. On or about April 11, 2021, the user requested a video depicting a female toddler performing fellatio on an adult male.

## AFFIDAVIT

I, Genevieve Baushke, being duly sworn, do hereby depose and state the following:

## INTRODUCTION

1. I am a Special Agent employed by the United States Department of Justice, the Federal Bureau of Investigation (hereinafter "FBI"), and as such I am a "federal law enforcement officer" within the meaning of Fed. R. Crim. P. 41(a)(2)(C) and I have been employed as a Special Agent of the FBI since 2020. I am currently assigned to the FBI Charleston Resident Agency, Charleston, West Virginia. I am a graduate of the FBI Training Academy in Quantico, Virginia, where I received special training in controlled substance investigations, white-collar crime, cyber-crime, interviewing, interrogation, evidence collection, intelligence analysis, and legal matters, among other topics. As part of my duties with the FBI, I investigate violations of federal law, and I have been the affiant on multiple search warrants, pen register trap and trace order applications (PRTTs), and personally participated in arrests and search warrants. I specialize in violent crimes against children. Prior to joining the FBI, I was employed with the State of Michigan as a Foster Care Specialist and an investigator for Children Protective Services.

2. I make this affidavit in support of an application for a criminal complaint against CHRISTOPHER PAUL KNIGHT, age 56, charging him with a violation of 18 U.S.C. § 2252A(a)(5)(B). That statute makes it illegal for any person to knowingly possess images or videos of child pornography that have be transported using a means and facility of interstate commerce or in and affecting interstate commerce.

3. The information contained in this affidavit is based on an investigation conducted by law enforcement, including information about which I have personal knowledge and information that has been provided to me by other law enforcement officers.

4. Since this affidavit is being submitted for the limited purpose of establishing probable cause, I have attempted to summarize the most relevant facts that establish the requisite probable cause. Therefore, I have not included each and every fact of this investigation.

## Probable Cause

5. The instant investigation is based upon an ongoing law enforcement investigation into the distribution of child pornography through an Internet-based peer-to-peer network (hereinafter "Network A"). Network A allows users to anonymously share files, chat on message boards, and access websites within the network.

6. As part of this ongoing investigation, a user with IP address 73.40.122.201 was identified as requesting to download three different files containing images and/or videos of suspected child pornography. Specifically, a review of the evidence established during the investigation identified the following files having been requested by the user on the following dates:

   a. On or about February 21, 2021, the user requested a video file depicting a prepubescent female performing fellatio on an adult male.

   b. On or about April 11, 2021, the user requested a video depicting a female toddler performing fellatio on an adult male.

2

    c.    On or about September 19, 2020, the user requested a video depicting two female toddlers nude with an adult male, as one of the female toddlers performs fellatio on and masturbates the adult male.

7.    Law enforcement was able to determine that IP address 73.40.122.201 was controlled by Internet Service Provider ("ISP") Comcast and assigned to the residence of CHRISTOPHER PAUL KNIGHT in Bluefield, Mercer County, West Virginia.

8.    On November 17, 2021, law enforcement obtained a federal search warrant for KNIGHT's residence in Bluefield, West Virginia. This search warrant was executed on November 19, 2021. KNIGHT was present at the residence, where he is the sole tenant, at the time of the execution of the warrant.

9.    Among the items discovered during the search of the residence, law enforcement located an Acer Predator Helios 300 Series computer. A forensic preview of the device identified more than a thousand images and videos of suspected child pornography based upon file names and/or hash values that have previously been identified as being images or videos of suspected child pornography. Law enforcement reviewed several images and videos from this preview, including the following:

    a.    A photograph depicting a prepubescent female child, approximately 5 years old, nude with genitals exposed to the camera.

    b.    A photograph depicting a child being vaginally penetrated by an adult male's penis.

    c.    On or about September 19, 2020, the user requested a video depicting two female toddlers nude with an adult male, as one of the female toddlers performs fellatio on and masturbates the adult male.

7.    Law enforcement was able to determine that IP address 73.40.122.201 was controlled by Internet Service Provider ("ISP") Comcast and assigned to the residence of CHRISTOPHER PAUL KNIGHT in Bluefield, Mercer County, West Virginia.

8.    On November 17, 2021, law enforcement obtained a federal search warrant for KNIGHT's residence in Bluefield, West Virginia. This search warrant was executed on November 19, 2021. KNIGHT was present at the residence, where he is the sole tenant, at the time of the execution of the warrant.

9.    Among the items discovered during the search of the residence, law enforcement located an Acer Predator Helios 300 Series computer. A forensic preview of the device identified more than a thousand images and videos of suspected child pornography based upon file names and/or hash values that have previously been identified as being images or videos of suspected child pornography. Law enforcement reviewed several images and videos from this preview, including the following:

    a.    A photograph depicting a prepubescent female child, approximately 5 years old, nude with genitals exposed to the camera.

    b.    A photograph depicting a child being vaginally penetrated by an adult male's penis.

   c. A video depicting a webcam video of a prepubescent female child, approximately 9 years old, showing her genitals to the camera and masturbating with what appeared to be a lollipop.

10. The use of Network A was also identified on the computer.

11. KNIGHT consented to an interview at his residence at the time of the search. During his statement, KNIGHT admitted to downloading and possessing the images and videos of child pornography. He indicated that he had used Network A to download such images and videos.

12. Based upon the information provided above, your affiant alleges that there exists probable cause to believe that CHRISTOPHER PAUL KNIGHT knowingly violated 18 U.S.C. § 2252A(a)(5)(B) in that on November 19, 2021, he knowingly possessed images and videos at his residence in Bluefield, Mercer County, West Virginia, depicting child pornography that involved prepubescent minors and that had been shipped and transported in interstate or foreign commerce.

Further your Affiant sayeth naught.

SPECIAL AGENT GENEVIEVE BAUSHKE
FEDERAL BUREAU OF INVESTIGATION

Sworn to by the Affiant telephonically in accordance with the procedures of Rule 4.1 this 19th day of November, 2021.

OMAR J. ABOULHOSN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA

4